# EXHIBIT A-1

Case 6:22-cv-00638-PGB-GJK   Document 1-1   Filed 03/31/22   Page 2 of 5 PageID 8

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.:

DENISE GILMAN,

     Plaintiff,

v.

JETBLUE AIRWAYS CORPORATION,
a foreign corporation,

     Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, DENISE GILMAN, by and through her undersigned attorney, and sues Defendant, JETBLUE AIRWAYS CORPORATION, a foreign corporation, and for her cause of action alleges:

1.    This is an action for damages that exceeds the sum of Thirty Thousand Dollars ($30,000.00), exclusive of cost, interest and attorney's fees, (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2.    At all times material to this action, Plaintiff is *sui juris* and a citizen of the State of Massachusetts.

3.      At all times material hereto, the Defendant, JETBLUE AIRWAYS CORPORATION, is a Delaware corporation having its principal place of business in Long Island City, New York, and is duly registered with the Florida Secretary of State, authorized to and conducting business in Orange County, Florida.

4.      At all times material hereto, Defendant, JETBLUE AIRWAYS CORPORATION, was doing business in Orange County, Florida, as a commercial airline carrier providing transportation to passengers, including Plaintiff, DENISE GILMAN.

5.      At all times material hereto, Defendant, JETBLUE AIRWAYS CORPORATION, owned an airplane and was authorized to utilize the Greater Orlando Aviation Authority a/k/a Orlando International Airport a/k/a IATA airport code "MCO", in the course of its business.

5.      On or about March 11, 2018, at approximately 7:57 P.M. or shortly thereafter, Plaintiff, DENISE GILMAN, was a passenger on a domestic flight, JetBlue Flight #1887, operated by Defendant, JETBLUE AIRWAYS CORPORATION, which had landed in Orlando, Orange County, Florida, at Orlando International Airport. Upon disembarking, Plaintiff, DENISE GILMAN, tripped and fell due to a dangerous and hazardous change in elevation of the jet bridge, which was concealed and not apparent.

6.      At all times material hereto, Defendant, JETBLUE AIRWAYS CORPORATION, had control over the jet bridge and disembarking area at its airport gate and thus had a duty to maintain the subject jet bridge premises in a reasonably safe condition. Further, Defendant, JETBLUE AIRWAYS CORPORATION, had a duty to warn of concealed and hidden dangers at the subject jet bridge and disembarking area, including the subject dangerous change in elevation which posed a trip hazard to

passengers disembarking flights operated by Defendant.

7.   Defendant, JETBLUE AIRWAYS CORPORATION, at all pertinent times, breached its duty of care to Plaintiff, DENISE GILMAN, by failing to properly maintain the subject jet bridge area in a safe condition in that, Defendant failed to ensure that hazardous and dangerous changes in elevation were corrected and remedied so as not to pose a safety hazard to passengers, including, Plaintiff, DENISE GILMAN. Further, Defendant breached its duty of care in that it failed to properly warn, Plaintiff, DENISE GILMAN, of the subject change in elevation and dangerous condition.

8.   The aforementioned negligent and dangerous condition was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

9.   As a direct and proximate result of the above-mentioned negligence, which were substantial factors in causing injuries to Plaintiff, the Plaintiff, DENISE GILMAN, suffered permanent injuries. Plaintiff, DENISE GILMAN, was injured in and about her body and extremities, suffered aggravation of pre-existing conditions, suffered pain therefrom, suffered disability and physical impairment, suffered mental pain and suffering, incurred medical expenses in the treatment of her injuries, suffered physical handicap, she lost earnings in the past and the ability to earn money in the future, her capacity to enjoy life was impaired and suffered a permanent injury within a reasonably degree of medical probability, her injuries are permanent and continuing and Plaintiff will suffer losses and impairment in the future.

WHEREFORE, Plaintiff, DENISE GILMAN, demands judgment against Defendant, JETBLUE AIRWAYS CORPORATION, for compensatory damages, costs, interest on

liquidated damages, and all other relief the Court deems just and proper and requests trial by jury.

RESPECTFULLY submitted this 2nd day of February 2022.

GARY J. BOYNTON, ESQUIRE
Florida Bar No. 266671
1150 Louisiana Avenue, Suite 1
Winter Park, FL 32789
Telephone: (407) 422-8011
Fax: (407) 339-4279
Designated E-mails: docs@garyjboynton.com
denyse@garyjboynton.com
doreen@garyjboynton.com
Attorney for Plaintiff